```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:03-00121-01

FREDERICK C. RIERSON


### MEMORANDUM OPINION AND ORDER

The court is in receipt of a request from defendant's probation officer, M. Dylan Shaffer, asking the court to dismiss the pending petition to revoke defendant's term of supervised release, vacate the pending warrant for defendant's arrest, and to terminate defendant's term of supervised release.  According to the probation officer, Mr. Rierson is suffering from a serious medical condition and his prognosis is not good.  The probation officer has provided medical documentation to the court confirming Mr. Rierson's poor health.  The United States does not object to the probation office's request.

Having considered the probation office's request and for good cause shown, the court hereby: 1) **DISMISSES** the petition to revoke defendant's term of supervised release, filed on January 25, 2017; 2) **VACATES** and/or **DISMISSES** the arrest warrant issued that same day; and 3) **TERMINATES** defendant's term of supervised release.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States

Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 15th day of February, 2018.

ENTER:

David A. Faber
Senior United States District Judge